**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**Civil Action No. 2:16-cv-00094-HCM-LRL**

**ROBERT J. JOHNSON,** ***et al.*****,**

**Plaintiffs,**

**v.**

**GOLD KEY | PHR HOTELS AND RESORTS,** ***et al.*****,**

**Defendants.**

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RE-OPEN CASE, ENFORCE SETTLEMENT AGREEMENT, AND AWARD DAMAGES, ATTORNEY FEES AND COSTS**

Defendants Gold Key | PHR Hotels and Resorts and Ocean Beach Club, LLC (together, "Defendants"), by counsel, file this opposition to Plaintiffs' Motion to Re-Open Case, Enforce Settlement Agreement, and Award Damages, Attorney Fees and Costs (the "Motion"). Defendants refer the Court to its memorandum which states their support for the opposition, which was filed simultaneously with this opposition.

**KAUFMAN & CANOLES, P. C.**

/s/ *Daniel F. Basnight*

Daniel F. Basnight
Virginia State Bar Number 42583
KAUFMAN & CANOLES
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Phone: (757) 873.6309
Fax: (888) 360.9092
E-mail: dfbasnight@kaufcan.com

**CERTIFICATE OF SERVICE**

I certify that I served the following parties with this pleading via email through the CM/ECF system on May 21, 2018.

Elissa Brockbank Reese
Neil H. Koslowe, *pro hac vice* applicant
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N. W., Suite 700
Washington, D. C. 20004
ereese@potomaclaw.com
nkoslowe@potomaclaw.com

/s/ *Daniel F. Basnight*